UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-cv-00335-JLS-MAA                                Date:  August 26, 2021

Title:      Sharvon Edward Fredrick v. Warden

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute

**Background**

On January 12, 2021, the Court received and filed Petitioner Sharvon Edward Fredrick's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Section 2254") ("Petition").  (Pet., ECF No. 1.)  While the Petition is difficult to comprehend, Petitioner appears to raise claims based on the COVID-19 pandemic, making references to COVID-19, vaccines, and face masks.  (*See id.* at 2–6.)[1]

On January 29, 2021, the Court issued an Order identifying the following procedural defects with the Petition and ordering Petitioner to respond by March 2, 2021:  (1) the Petition appears to challenge Petitioner's conditions of confinement rather than raising claims that are cognizable in habeas corpus proceedings, and (2) Petitioner's claims are largely unintelligible and appear to be frivolous.  (Jan. 29, 21 Or., ECF No. 3.)  On February 17, 2021, in light of Petitioner's notification to the Court that he tested positive for COVID-19 on January 29, 2021, the Court *sua sponte* extended Petitioner's deadline to respond to the January 29, 2021 Order until April 16, 2021.  (ECF Nos. 7, 9.)

On February 10, 2021, the Court received and filed Petitioner's document entitled "Response for (a) Clearer Court Perception to Relieve, and Address, as for Facemask Purity and an, now [sic] Ill-Struck Reason which Stood Healthy for Release, Amend, Moral Obliged" ("February 10 Response").  (Feb. 10, 2021 Response, ECF No. 11.)

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the ECF-generated headers of the Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-cv-00335-JLS-MAA                                             Date:  August 26, 2021
Title:     Sharvon Edward Fredrick v. Warden

On June 24, 2021, the Court ordered Petitioner to show cause why the Petition should not be dismissed for failure to state a cognizable habeas claim and for frivolousness ("June 24 Order"). (June 24, 2021 Order, ECF No. 12.)  Petitioner's response to this Order was due on July 26, 2021. (*Id.* at 5.)

**Discussion**

To date, Petitioner has not responded to the June 24 Order as required.  Accordingly, Petitioner is hereby **ORDERED TO SHOW CAUSE** by no later than **September 27, 2021** why the Court should not recommend that the case be dismissed for lack of prosecution and failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1, 41-6.

Instead of filing a response to this Order, Petitioner may request to dismiss this action voluntarily pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)) to this Order to Show Cause.

**Failure to comply with this order by September 27, 2021 will result in a recommendation that this action be dismissed for failure to prosecute and for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachments
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))