JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHARVON EDWARD FREDRICK, | Case No. 2:21-cv-00335-JLS-MAA |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED:  February 03, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE